IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.   10-61277 -cag |
| CULLEN DIXON LTD,  INC. | § | |
| | § | CHAPTER   11 |
| Debtor | § | |

## **DEBTOR'S MOTION FOR USE OF CASH COLLATERAL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CULLEN DIXON LTD., INC., Debtor and files this Motion for Use of Cash Collateral and as grounds therefore, respectfully shows the Court as follows:

1.      Debtor filed a proceeding under chapter 12 on October 11, 2010.

2.      Debtor operates a construction company. It does business all over the state of Texas but primarily in Bell and  Coryell County.

3.      First State Bank of Central Texas  has a lien on the Debtor's  account receivables.  The Bank's address is P.O. Box 6136, Temple Texas 76503-6136.

4.      In addition, Financial Federated may have an interest in accounts receivables. Financial's address is P.O. Box 2019669, Houston, Texas 77216-1969

5.      Attached as Exhibit "A" is a copy of the Debtor's projected expenses for the next thirty (30) days.

6.      Debtor seeks permission to use cash collateral.  Debtor will agree to grant the Bank a post petition on accounts receivables.

7.      Pursuant to 11 U.S.C. §363, the Debtor requests that this Court authorize it to use cash collateral in accordance with the budget set forth as Exhibit "A" herein. Wherefore, Debtor requests that after notice and a hearing, this Court grant this

Motion to Use Cash Collateral and for any other relief to which it may be justly entitled.

Respectfully Submitted

MONTEZ & WILLIAMS, P.C.
3809 W. Waco Drive
Waco,TX 76710
254-759-8600
254-759-8700

BY:_____/s/_____
        JOHN A. MONTEZ
        ATTORNEY FOR DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above was sent to the following parties by First Class U.S. Mail, fax, or electronic mail on this the 12th day of October 2010:

Cullen Dixon Ltd., Inc.
P.O. Box 236
Copperas Cove, TX 76522
(Debtor)

First State Bank of Central Texas
P.O. Box 6136
Temple, TX 76503-3163
(Lien Holder)

Blake Rasner
510 N. Valley Mills, Dr, Ste. 600
Waco TX 76710
(Attorney for FSB)

Financial Federated
P.O. Box 2019669
Houston, TX 77216-1969
(Lien Holder)

Bobby Grawl
1300 Post Oak Blvd.
Houston, TX 77056
(Attorney for Financial Fed.)

U.S. Trustee's Office
Valerie L. Wenger
Valerie.L.Wenger@usdoj.gov
(U.S. Trustees Office)

Twenty Largest Unsecured as
per attached matrix.

_____/S/_____
JOHN A. MONTEZ