# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE:    **Cullen Dixon, Inc.**                                      Case No.

                                                                      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Southern Tire Mart<br>P.O. Box 1000 Dept 143<br>Memphis, TN  38148-0143 | | business debt | | $35,555.05 |
| Holt Cat<br>P.O. Box 207916<br>San Antonio, TX  78220-7916<br>10480.67 | | business debt | | $10,480.67 |
| APAC<br>6904 Highway 190 W<br>Belton, TX  76513 | | business debt | | $8,872.20 |
| Franklin Industrial Minerals<br>P.O. Box 281526<br>Atlanta, GA  30384-1526 | | business debt | | $3,690.99 |
| Compass Bank<br>P.O.Box 2201<br>Decatur AL  35609-2201 | | busienss debt | | $3,549.75 |
| Longhorn International<br>9100 N. Loop East<br>Houston TX  77029 | | business debt | | $1,472.87 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Cullen Dixon, Inc.**　　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jay's Shop<br>916 S. 57th ST.<br>Temnple, TX  76504 | | business debt | | $1,299.00 |
| Vovvo & Mack<br>1247 Sun Valley Road<br>Waco, TX  76706 | | business debt | | $1,033.33 |
| H & B Supply<br>301 Cricket Lane<br>Temple, TX  76501 | | business debt | | $189.65 |
| CarQuest Auto Parts<br>P.O. Box 404875<br>Atlanta, GA  30384 | | 140024 | | $141.39 |
| Lott, Vernon, & Co.<br>20 S. 4th St.<br>Temple, TX  76501 | | Accounting fees | | $36.21 |
| Scott & White Health Plan<br>P.O.Box 840206<br>Dallas, TX  75284-02062668.82 | | business debt | | $0.00 |
| Dirk Copple<br>Financial Federal Credit Inc.<br>1300 Post Oak Blvd, Suite 1300<br>Houston, TX  77056 | | Additional Notice | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Cullen Dixon, Inc.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:_____  Signature:_____
*David D. Smith*
**President**